IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

CAMERON JOHNSON, ET AL.,              )
                                      )
            Plaintiffs,               )
                                      )
v.                                    )          Case No. 3:25-cv-00407
                                      )
A. SCOTT FLEMING, in his official     )
capacity as the Director of the State Council )
of Higher Education for Virginia, ET AL.,   )
                                      )
            Defendants.               )

## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Director A. Scott Fleming and Chair John Jumper of the State Council of Higher Education for Virginia, and Defendants Adjutant General James W. Ring and Chief Financial Officer Donald L. Unmussig of the Virginia Department of Military Affairs, move for dismissal of the Verified Complaint filed by Plaintiffs Cameron Johnson, Luke Thomas, and Trace Stevens. As explained in the Defendants' Brief supporting this Motion, the Verified Complaint fails to state any claim upon which relief can be granted. Denial of State grant funding for the Plaintiffs' pursuit of degrees in religious training or theological education is compatible with the Free Exercise and Establishment Clauses of the U.S. Constitution's First Amendment and the Equal Protection Clause of the U.S. Constitution's Fourteenth Amendment.

WHEREFORE, the Defendants respectfully request that the Court dismiss the Plaintiffs' Verified Complaint.

Respectfully submitted,

A. SCOTT FLEMING, in his official capacity as the Director of the State Council of Higher Education for Virginia; JOHN JUMPER, in his official capacity as the Chair of the State Council of Higher Education for Virginia; MAJOR GENERAL JAMES W. RING, in his official capacity as the Adjutant General of Virginia; and DONALD L. UNMUSSIG, in his official capacity as the Chief Financial Officer of the Virginia Department of Military Affairs

Jason S. Miyares
 *Attorney General*

Thomas J. Sanford
 *Deputy Attorney General*

Jacqueline C. Hedblom
 *Senior Assistant Attorney General/*
 *Trial Section Chief*

Calvin C. Brown
 *Senior Assistant Attorney General/*
 *General Civil Unit Manager*

By:  /s/ Robert S. Claiborne, Jr.
Robert S. Claiborne, Jr. (VSB No. 86332)*
Christopher P. Bernhardt (VSB No. 80113)*
 *Assistant Attorneys General*
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone (RSC): (804) 482-2275
Telephone (CPB): (804) 371-0977
Facsimile: (804) 371-2087
rclaibornejr@oag.state.va.us
cbernhardt@oag.state.va.us

*\* Counsel of Record for Defendants*

Page 2 of 3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of June, 2025, I filed the foregoing using the Court's

CM/ECF filing system, which sends an electronic notification of the same to counsel of record.

By: /s/ Robert S. Claiborne, Jr.
Robert S. Claiborne, Jr. (VSB No. 86332)*
 *Assistant Attorney General*
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 482-2275
Facsimile: (804) 371-2087
rclaibornejr@oag.state.va.us

*\* Counsel of Record for Defendants*