# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| **Cameron Johnson**; **Luke Thomas**; and **Trace Stevens**, <br><br>    Plaintiffs, <br><br>   v. <br><br> **A. Scott Fleming**, in his official capacity as the Director of the State Council of Higher Education for Virginia; **John Jumper**, in his official capacity as the Chair of the State Council of Higher Education for Virginia; **Major General James W. Ring**, in his official capacity as The Adjutant General of Virginia; and **Donald L. Unmussig**, in his official capacity as the Chief Financial Officer of the Virginia Department of Military Affairs, <br><br>    Defendants. | **Case No. 3:25-cv-00407-RCY** <br><br><br> **Notice of Appeal** |

PLEASE TAKE NOTICE that Plaintiffs Cameron Johnson, Luke Thomas, and Trace Stevens, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Court's Order (Doc. 32), and accompanying Memorandum Opinion (Doc. 31), denying Plaintiffs' Motion for Preliminary Injunction and granting Defendants' Motion to Dismiss as to Plaintiffs Cameron Johnson and Luke Thomas, entered on March 31, 2026.

1

Date: April 9, 2026                          Respectfully submitted,


                                             *s/ Jacob E. Reed*
                                             Jacob E. Reed
                                             VA Bar No. 97181
                                             ALLIANCE DEFENDING FREEDOM
                                             44180 Riverside Parkway
                                             Lansdowne, VA 20176
                                             Telephone: (571) 707-4655
                                             jreed@ADFLegal.org

                                             David A. Cortman*
                                             GA Bar. No. 188810
                                             ALLIANCE DEFENDING FREEDOM
                                             1000 Hurricane Shoals Road, NE
                                             Suite D-1100
                                             Lawrenceville, GA 30043
                                             Telephone: (770) 339-0774
                                             dcortman@ADFLegal.org

                                             Ryan J. Tucker*
                                             AZ Bar No. 034382
                                             Jeremiah J. Galus*
                                             AZ Bar No. 030469
                                             Alliance Defending Freedom
                                             15100 N. 90th Street
                                             Scottsdale, AZ 85260
                                             Telephone: (480) 444-0020
                                             rtucker@ADFLegal.org
                                             jgalus@ADFLegal.org

                                             *Attorneys for Plaintiffs*
                                             *Admitted *pro hac vice*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was filed on April 9, 2026, using the Court's CM/ECF system, which will serve all counsel of record.

<u>*s/ Jacob E. Reed*</u>
Jacob E. Reed
Counsel for Plaintiffs

3