IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| TRACE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-00407 |
| | ) | |
| MAJOR GENERAL JAMES W. RING, in | ) | |
| his official capacity as the Adjutant General | ) | |
| of Virginia, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **ANSWER AND DEFENSES**

Responding to Plaintiff Trace Stevens's Verified Complaint ("Complaint"), ECF No. 1, Defendants Major General James W. Ring, in his official capacity as the Adjutant General of Virginia, and Donald L. Unmussig, in his official capacity as the Chief Financial Officer of the Virginia Department of Military Affairs (together, "Defendants"), state the following for their Answer and Defenses:

## **ANSWER**

## **INTRODUCTION[1]**

1.    Complaint ¶ 1 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 1 requires a response, Defendants admit that Stevens purports to bring this civil action under 42 U.S.C. § 1983 for alleged violations of the U.S. Constitution's First and Fourteenth Amendments, Defendants deny that there was or is any such violation, and Defendants deny that

---

[1] For ease of reference, this Answer includes titles and headings from the Complaint. Ring and Unmussig do not consider such titles and headings to require a response; however, insofar as any such responses are required, they deny allegations in such titles and headings consistent with the other responses in their Answer and Defenses.

Stevens is entitled to any relief. Because the Court dismissed the claims of Cameron Johnson and Luke Thomas against A. Scott Fleming, in his official capacity as the Director of the State Council of Higher Education for Virginia, and John Jumper, in his official capacity as the Chair of the State Council of Higher Education for Virginia, ECF Nos. 31 & 32, Complaint ¶ 1 does not require a response insofar as those claims are concerned.

2.    Complaint ¶ 2 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 2 requires a response, it refers to provisions of the Virginia Constitution and Virginia Code that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 2 does not require a response insofar as those claims are concerned.

3.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 3 does not require a response.

4.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 4 does not require a response.

5.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 5 does not require a response.

6.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 6 does not require a response.

7.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 7 does not require a response.

8.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 8 does not require a response.

9.      Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 9 does not require a response.

10.     Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 10 does not require a response.

11.     Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 11 does not require a response.

12.     Complaint ¶ 12 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 12 requires a response, Defendants deny that Virginia "discriminat[es] against students who choose certain religious programs" "there" or anywhere else.

13.     Complaint ¶ 13 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 13 requires a response, it refers to provisions of the Virginia Constitution and Virginia Code that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

14.     Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 14's allegations and, accordingly, deny them.

15.     Complaint ¶ 15 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 15 requires a response, Defendants admit that Stevens applied for a State Tuition Assistance Grant, Defendants admit that the grant was denied for Stevens's pursuit of an ineligible degree in religious training or theological education, and Defendants deny the remaining allegations.

16.     Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 16's allegations and, accordingly, deny them.

17.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 17's allegations and, accordingly, deny them.

18.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 18's allegations and, accordingly, deny them.

19.    Complaint ¶ 19 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 19 requires a response, it refers to provisions of the Virginia Code that speak for themselves, Defendants deny the allegations insofar as they are inconsistent with those sources, and Defendants deny the remaining allegations.

20.    Complaint ¶ 20 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 20 requires a response, it refers to provisions of the Virginia Code that speak for themselves, Defendants deny the allegations insofar as they are inconsistent with those sources, and Defendants deny the remaining allegations.

21.    Complaint ¶ 21 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 21 requires a response, it refers to decisions of the U.S. Supreme Court that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

22.    Complaint ¶ 22 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 22 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 22 does not require a response insofar as those claims are concerned.

23.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 23's allegations and, accordingly, deny them. Because the Court

dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 23 does not require a response insofar as those claims are concerned.

24.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 24's allegations and, accordingly, deny them. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 24 does not require a response insofar as those claims are concerned.

25.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 25 does not require a response.

26.    Complaint ¶ 26 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 26 requires a response, Defendants deny that eligibility determinations are made "all at government officials' individualized discretion," and Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 26's remaining allegations and, accordingly, deny them. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 26 does not require a response insofar as those claims are concerned.

27.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 27's allegations and, accordingly, deny them.

28.    Complaint ¶ 28 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 28 requires a response, Defendants deny its allegations.

29.    Complaint ¶ 29 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 29 requires a response, Defendants admit that Stevens applied for a State Tuition Assistance Grant, Defendants admit that the grant was denied for Stevens's pursuit of an ineligible degree in religious training or theological education, and Defendants deny the remaining

allegations. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 29 does not require a response insofar as those claims are concerned.

30.     Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 30's allegations and, accordingly, deny them. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 30 does not require a response insofar as those claims are concerned.

31.     Complaint ¶ 31 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 31 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 31 does not require a response insofar as those claims are concerned.

32.     Complaint ¶ 32 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 32 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 32 does not require a response insofar as those claims are concerned.

33.     Complaint ¶ 33 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 33 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 33 does not require a response insofar as those claims are concerned.

**JURISDICTION AND VENUE**

34.     Complaint ¶ 34 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 34 requires a response, it refers to provisions of the U.S. Constitution and U.S. Code that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

35.     Complaint ¶ 35 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 35 requires a response, it refers to provisions of the U.S. Code that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

36.     Complaint ¶ 36 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 36 requires a response, it refers to provisions of the U.S. Code and Federal Rules of Civil Procedure that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

37.     Complaint ¶ 37 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 37 requires a response, it refers to a provision of the U.S. Code that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

38.     Complaint ¶ 38 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 38 requires a response, it refers to provisions of the U.S. Code and Local Civil Rules that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

## PARTIES

39.     Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 39 does not require a response.

40.     Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 40 does not require a response.

41.     Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 41's allegations and, accordingly, deny them.

42. Because the Court dismissed Johnson's and Thomas's claims against Fleming, ECF Nos. 31 & 32, Complaint ¶ 42 does not require a response.

43. Because the Court dismissed Johnson's and Thomas's claims against Fleming, ECF Nos. 31 & 32, Complaint ¶ 43 does not require a response.

44. Because the Court dismissed Johnson's and Thomas's claims against Jumper, ECF Nos. 31 & 32, Complaint ¶ 44 does not require a response.

45. Because the Court dismissed Johnson's and Thomas's claims against Jumper, ECF Nos. 31 & 32, Complaint ¶ 45 does not require a response.

46. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 46 does not require a response.

47. Defendants admit Complaint ¶ 47's allegations.

48. Responding to Complaint ¶ 48, Defendants admit that Stevens purports to sue Ring in his official capacity and deny that Stevens is entitled to any relief.

49. Defendants admit Complaint ¶ 49's allegations.

50. Responding to Complaint ¶ 50, Defendants admit that Stevens purports to sue Unmussig in his official capacity and deny that Stevens is entitled to any relief.

51. Complaint ¶ 51 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 51 requires a response, it refers to provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

52. Complaint ¶ 52 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 52 requires a response, Defendants admit its allegations as to Ring and Unmussig.

Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 52 does not require a response insofar as those claims are concerned.

53.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 53 does not require a response.

54.    Complaint ¶ 54 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 54 requires a response, it refers to provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

## FACTUAL ALLEGATIONS

### A.    The State Council Denies Cameron and Luke Tuition Assistance Grants

#### 1.    The Tuition Assistance Grant Program and Its Religious Exclusion

55.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 55 does not require a response.

56.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 56 does not require a response.

57.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 57 does not require a response.

58.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 58 does not require a response.

59.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 59 does not require a response.

60.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 60 does not require a response.

61. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 61 does not require a response.

62. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 62 does not require a response.

63. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, neither Complaint ¶ 63 nor its footnote 1 require a response insofar as those claims are concerned. Insofar as Complaint ¶ 63's footnote 1 concerns Stevens's claims against Ring and Unmussig, it asserts legal conclusions that do not require a response. And insofar as Complaint ¶ 63's footnote 1 concerning Stevens's claims against Ring and Unmussig requires a response, it refers to provisions of the Virginia Constitution and the Virginia Code that that speak for themselves, Defendants deny the allegations insofar as they are inconsistent with those sources, and Defendants deny the remaining allegations.

64. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 64 does not require a response.

65. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 65 does not require a response.

66. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 66 does not require a response.

67. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 67 does not require a response.

68. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, neither Complaint ¶ 68 nor its footnote 2 require a response.

69.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 69 does not require a response.

70.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 70 does not require a response.

71.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 71 does not require a response.

72.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 72 does not require a response.

73.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 73 does not require a response.

74.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 74 does not require a response.

75.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 75 does not require a response.

76.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 76 does not require a response.

77.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 77 does not require a response.

78.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 78 does not require a response.

79.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 79 does not require a response.

80.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 80 does not require a response.

81.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 81 does not require a response.

82.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 82 does not require a response.

83.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 83 does not require a response.

84.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 84 does not require a response.

85.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 85 does not require a response.

86.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 86 does not require a response.

87.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 87 does not require a response.

88.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 88 does not require a response.

89.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 89 does not require a response.

90.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 90 does not require a response.

91. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 91 does not require a response.

92. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 92 does not require a response.

**2.      The State Council Denies Cameron a Tuition Assistance Grant Because He is Majoring in Pastoral Leadership at Liberty University**

93. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 93 does not require a response.

94. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 94 does not require a response.

95. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 95 does not require a response.

96. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 96 does not require a response.

97. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 97 does not require a response.

98. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 98 does not require a response.

99. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 99 does not require a response.

100. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 100 does not require a response.

101. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 101 does not require a response.

102.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 102 does not require a response.

103.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 103 does not require a response.

104.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 104 does not require a response.

105.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 105 does not require a response.

106.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 106 does not require a response.

107.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 107 does not require a response.

108.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 108 does not require a response.

109.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 109 does not require a response.

110.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 110 does not require a response.

111.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 111 does not require a response.

112.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 112 does not require a response.

113. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 113 does not require a response.

114. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 114 does not require a response.

115. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 115 does not require a response.

116. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 116 does not require a response.

117. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 117 does not require a response.

118. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 118 does not require a response.

119. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 119 does not require a response.

120. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 120 does not require a response.

121. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 121 does not require a response.

122. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 122 does not require a response.

123. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 123 does not require a response.

124.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 124 does not require a response.

125.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 125 does not require a response.

126.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 126 does not require a response.

127.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 127 does not require a response.

128.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 128 does not require a response.

### 3.    Luke Will Major in Music and Worship at Liberty University and Will Be Denied a Tuition Assistance Grant.

129.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 129 does not require a response.

130.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 130 does not require a response.

131.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 131 does not require a response.

132.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 132 does not require a response.

133.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 133 does not require a response.

134.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 134 does not require a response.

135.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 135 does not require a response.

136.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 136 does not require a response.

137.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 137 does not require a response.

138.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 138 does not require a response.

139.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 139 does not require a response.

140.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 140 does not require a response.

141.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 141 does not require a response.

142.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 142 does not require a response.

143.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 143 does not require a response.

144.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 144 does not require a response.

145.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 145 does not require a response.

146.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 146 does not require a response.

147.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 147 does not require a response.

148.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 148 does not require a response.

149.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 149 does not require a response.

150.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 150 does not require a response.

151.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 151 does not require a response.

152.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 152 does not require a response.

153.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 153 does not require a response.

154.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 154 does not require a response.

155.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 155 does not require a response.

156.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 156 does not require a response.

**B.      The Department Excludes Trace Stevens from a National Guard Grant**

**1.      The National Guard Grant Program and Its Religious Exclusion**

157.    Complaint ¶ 157 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 157 requires a response, it refers to provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

158.    Complaint ¶ 158 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 158 requires a response, it refers to a provision of the Virginia Code that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

159.    Complaint ¶ 159 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 159 requires a response, it refers to a provision of the Virginia Code that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

160.    Complaint ¶ 160 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 160 requires a response, it refers to provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

161.    Complaint ¶ 161 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 161 requires a response, it refers to a provision of the Virginia Code that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

162.    Complaint ¶ 162 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 162 requires a response, it refers to provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

163.   Complaint ¶ 163 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 163 requires a response, it refers to a provision of the Virginia Code that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

164.   Complaint ¶ 164 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 164 requires a response, it refers to a Command Policy that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

165.   Complaint ¶ 165 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 165 requires a response, it refers to a Command Policy that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

166.   Complaint ¶ 166 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 166 requires a response, it refers to provisions of the Virginia Code that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

167.   Complaint ¶ 167 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 167 requires a response, it refers to provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

168.   Complaint ¶ 168 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 168 requires a response, it refers to provisions of Virginia law that speak for themselves, Defendants deny the allegations insofar as they are inconsistent with those sources, and Defendants deny that "the Department has unilaterally decided to exclude students who are pursuing certain religious programs."

169.    Complaint ¶ 169 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 169 requires a response, it refers to provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

170.    Complaint ¶ 170 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 170 requires a response, Defendants deny its allegations.

171.    Complaint ¶ 171 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 171 requires a response, Defendants deny its allegations.

172.    Complaint ¶ 172 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 172 requires a response, Defendants deny its allegations.

173.    Complaint ¶ 173 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 173 requires a response, Defendants admit that the Department of Military Affairs makes determinations of eligibility or ineligibility for the State Tuition Assistance Grant, Defendants admit that the Department of Military Affairs has not adopted regulations as to which degrees are eligible or ineligible, and Defendants deny that there is not "publicly available guidance" as to which degrees are eligible or ineligible.

174.    Complaint ¶ 174 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 174 requires a response, it refers to a Command Policy and website that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

175.    Complaint ¶ 175 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 175 requires a response, it refers to a provision of the Virginia Constitution that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

176. Complaint ¶ 176 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 176 requires a response, it refers to provisions of the Virginia Constitution and Virginia Code that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

177. Complaint ¶ 177 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 177 requires a response, Defendants admit that the Department of Military Affairs has not defined the phrase "theological degrees" by regulation.

178. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 178's allegations and, accordingly, deny them.

179. Complaint ¶ 179 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 179 requires a response, Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 179's allegations and, accordingly, deny them

### 2. Trace Enlists After the National Guard Tells Him the Grant Can Help Pay for a Religiously-Oriented College Degree

180. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 180's allegations and, accordingly, deny them.

181. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 181's allegations and, accordingly, deny them.

182. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 182's allegations and, accordingly, deny them.

183. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 183's allegations and, accordingly, deny them.

184. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 184's allegations and, accordingly, deny them.

185. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 185's allegations and, accordingly, deny them.

186. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 186's allegations and, accordingly, deny them.

187. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 187's allegations and, accordingly, deny them.

188. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 188's allegations and, accordingly, deny them.

189. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 189's allegations and, accordingly, deny them.

190. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 190's allegations and, accordingly, deny them.

191. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 191's allegations and, accordingly, deny them.

192. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 192's allegations and, accordingly, deny them.

193. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 193's allegations and, accordingly, deny them.

194. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 194's allegations and, accordingly, deny them. As to Complaint ¶ 194's footnote 3, it asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 194's footnote 3 requires a response, it refers to a provision of the Virginia Code that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

195.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 195's allegations and, accordingly, deny them.

196.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 196's allegations and, accordingly, deny them.

197.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 197's allegations and, accordingly, deny them.

198.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 198's allegations and, accordingly, deny them.

199.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 199's allegations and, accordingly, deny them.

200.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 200's allegations and, accordingly, deny them.

201.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 201's allegations and, accordingly, deny them.

202.    Complaint ¶ 202 refers to an email that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

203.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 203's allegations and, accordingly, deny them.

204.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 204's allegations and, accordingly, deny them.

205.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 205's allegations and, accordingly, deny them.

206.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 206's allegations and, accordingly, deny them.

207.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 207's allegations and, accordingly, deny them.

208.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 208's allegations and, accordingly, deny them.

209.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 209's allegations and, accordingly, deny them.

210.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 210's allegations and, accordingly, deny them.

211.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 211's allegations and, accordingly, deny them.

212.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 212's allegations and, accordingly, deny them.

213.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 213's allegations and, accordingly, deny them.

### 3.    The Department Denies Trace a National Guard Grant Because He's Majoring in Religion at Liberty University

214.    Complaint ¶ 214 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 214 requires a response, Defendants admit that the Department of Military Affairs has not adopted regulations as to which degrees are eligible or ineligible for the State Tuition Assistance Grant, and Defendants deny that there is not "guidance" as to which degrees are eligible or ineligible.

215. Complaint ¶ 215 refers to an email that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

216. Complaint ¶ 216 refers to an email that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source. Responding further, Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 216's allegations regarding the motivation for Stevens's email and, accordingly, deny them.

217. Complaint ¶ 217 refers to an email that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

218. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 218's allegations regarding the motivation for Stevens's email and, accordingly, deny them.

219. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 219's allegations regarding the motivation for Stevens's email and, accordingly, deny them.

220. Responding to Complaint ¶ 220, Defendants admit that Stevens applied for the State Tuition Assistance Grant for the spring 2025 semester. Responding further, Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 220's allegations regarding the motivation for Stevens's application and, accordingly, deny them.

221. Responding to Complaint ¶ 221, Defendants admit that Stevens submitted paperwork during the spring 2025 semester, including a letter, ECF No. 20-1, and a promissory note and agreement, ECF No. 20-2.

222. Complaint ¶ 222 refers to a document that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

223.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 223's allegations and, accordingly, deny them.

224.    Complaint ¶ 224 refers to an email that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source. Responding further, Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 224's allegations regarding Stevens's expectations and, accordingly, deny them.

225.    Complaint ¶ 225 refers to an email that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

226.    Complaint ¶ 226 refers to an email that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

227.    Complaint ¶ 227 refers to an email that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

228.    Complaint ¶ 228 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 228 requires a response, it refers to an email and to a provision of the Virginia Code that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

229.    Complaint ¶ 229 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 229 requires a response, Defendants admit that the State Tuition Assistance Grant was denied for Stevens's pursuit of an ineligible degree in religious training or theological education

C.    **The Religious Exclusions Discriminate Against Religion and Irreparably Harm Cameron, Luke, and Trace**

230.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 230 does not require a response.

231. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 231 does not require a response.

232. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 232 does not require a response.

233. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 233 does not require a response.

234. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 234 does not require a response.

235. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 235 does not require a response.

236. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 236 does not require a response.

237. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 237 does not require a response.

238. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 238 does not require a response.

239. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 239 does not require a response.

240. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 240 does not require a response.

241. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 241 does not require a response.

242.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 242 does not require a response.

243.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 243 does not require a response.

244.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 244 does not require a response.

245.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 245 does not require a response.

246.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 246 does not require a response.

247.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 247 does not require a response.

248.    Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 248 does not require a response.

249.    Responding to Complaint ¶ 249, Defendants admit that the State Tuition Assistance Grant was denied for Stevens's pursuit of an ineligible degree in religious training or theological education.

250.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 250's allegations and, accordingly, deny them.

251.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 251's allegations and, accordingly, deny them.

252.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 252's allegations and, accordingly, deny them.

253.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 253's allegations and, accordingly, deny them.

254.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 254's allegations and, accordingly, deny them.

255.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 255's allegations and, accordingly, deny them.

256.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 256's allegations and, accordingly, deny them.

257.    Responding to Complaint ¶ 257, Defendants admit that the State Tuition Assistance Grant was denied for Stevens's pursuit of an ineligible degree in religious training or theological education, and Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 257's remaining allegations and, accordingly, deny them.

258.    Complaint ¶ 258 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 258 requires a response, Defendants deny the allegations. Responding further, Defendants state that the State Tuition Assistance Grant was denied for Stevens's pursuit of an ineligible degree in religious training or theological education within the meaning of applicable restrictions of Virginia law.

259.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 259's allegations and, accordingly, deny them.

260.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of the allegations in Complaint ¶ 260 or its footnote 4 and, accordingly, deny them.

261.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 261's allegations and, accordingly, deny them.

262.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 262's allegations and, accordingly, deny them.

263.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 263's allegations and, accordingly, deny them.

264.    Defendants admit Complaint ¶ 264's allegations.

265.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 265's allegations and, accordingly, deny them.

266.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 266's allegations and, accordingly, deny them.

267.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 267's allegations and, accordingly, deny them.

268.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 268's allegations and, accordingly, deny them.

269.    Complaint ¶ 269 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 269 requires a response, it refers provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

270.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 270's allegations and, accordingly, deny them.

271.    Complaint ¶ 271 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 271 requires a response, Defendants admit that the State Tuition Assistance Grant was denied for Stevens's pursuit of an ineligible degree in religious training or theological education, and Defendants deny the remaining allegations. Because the Court dismissed Johnson's and

Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 271 does not require a response.

272. Complaint ¶ 272 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 272 requires a response, it refers provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 272 does not require a response.

273. Complaint ¶ 273 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 273 requires a response, it refers provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 273 does not require a response.

274. Because the Court dismissed Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 274 does not require a response.

275. Complaint ¶ 275 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 275 requires a response, it refers provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 275 does not require a response.

276. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 276 does not require a response.

277. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 277 does not require a response.

278.    Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 278 does not require a response.

279.    Complaint ¶ 279 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 279 requires a response, Defendants deny its allegations.

280.    Complaint ¶ 280 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 280 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 280 does not require a response as to those claims.

281.    Complaint ¶ 281 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 281 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 281 does not require a response as to those claims.

282.    Complaint ¶ 282 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 282 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 282 does not require a response as to those claims.

283.    Complaint ¶ 283 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 283 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 283 does not require a response as to those claims.

284.    Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 284's allegations and, accordingly, deny them. Because the Court

dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 284 does not require a response as to those claims.

285. Complaint ¶ 285 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 285 requires a response, Defendants deny its allegations.

286. Complaint ¶ 286 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 286 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 286 does not require a response as to those claims.

287. Complaint ¶ 287 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 287 requires a response, Defendants deny its allegations.

288. Complaint ¶ 288 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 288 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 288 does not require a response as to those claims.

289. Because the Court dismissed Johnson's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 289 does not require a response.

290. Complaint ¶ 290 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 290 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 290 does not require a response as to those claims.

291. Complaint ¶ 291 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 291 requires a response, Defendants deny its allegations. Because the Court dismissed

Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 291 does not require a response as to those claims.

292. Complaint ¶ 292 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 292 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 292 does not require a response as to those claims.

293. Complaint ¶ 293 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 293 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 293 does not require a response as to those claims.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### Violation of the Free Exercise Clause

294. Responding to Complaint ¶ 294, Defendants incorporate by reference their responses to Complaint ¶¶ 1-293.

295. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 295's allegations and, accordingly, deny them. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 295 does not require a response as to those claims.

296. Defendants lack knowledge or information sufficient to form a belief about the truth or falsity of Complaint ¶ 296's allegations and, accordingly, deny them. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 296 does not require a response as to those claims.

297.     Complaint ¶ 297 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 297 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 297 does not require a response as to those claims.

***Religious Discrimination; Exclusion from Otherwise Available Public Benefits***

298.     Complaint ¶ 298 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 298 requires a response, it refers to decisions of the U.S. Supreme Court that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

299.     Complaint ¶ 299 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 299 requires a response, it refers to a decision of the U.S. Supreme Court that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

300.     Complaint ¶ 300 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 300 requires a response, it refers to a decision of the U.S. Supreme Court that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

301.     Complaint ¶ 301 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 301 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 301 does not require a response as to those claims.

302.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 302 does not require a response.

303.     Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 303 does not require a response.

304.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 303 does not require a response.

305.    Complaint ¶ 305 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 305 requires a response, it refers provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

306.    Complaint ¶ 306 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 306 requires a response, it refers provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

307.    Complaint ¶ 307 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 307 requires a response, Defendants deny its allegations.

308.    Complaint ¶ 308 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 308 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 308 does not require a response as to those claims.

***Religious Gerrymandering and Targeting; Not Neutral or Generally Applicable***

309.    Complaint ¶ 309 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 309 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 309 does not require a response as to those claims.

310.    Complaint ¶ 310 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 310 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 310 does not require a response as to those claims.

311.   Complaint ¶ 311 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 311 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 311 does not require a response as to those claims.

312.   Complaint ¶ 312 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 312 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 312 does not require a response as to those claims.

313.   Complaint ¶ 313 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 313 requires a response, it refers to a decision of the U.S. Supreme Court that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

314.   Complaint ¶ 314 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 314 requires a response, it refers provisions of the Virginia Code that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

315.   Complaint ¶ 315 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 315 requires a response, Defendants deny its allegations.

316.   Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 316 does not require a response.

317.   Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 317 does not require a response.

318.   Complaint ¶ 318 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 318 requires a response, it refers provisions of Virginia law that speak for themselves,

and Defendants deny the allegations insofar as they are inconsistent with those sources. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 318 does not require a response as to those claims.

319.    Complaint ¶ 319 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 319 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 319 does not require a response as to those claims.

320.    Complaint ¶ 320 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 320 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 320 does not require a response as to those claims.

321.    Complaint ¶ 321 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 321 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 321 does not require a response as to those claims.

322.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 322 does not require a response.

323.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 323 does not require a response.

324.    Complaint ¶ 324 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 324 requires a response, Defendants deny its allegations.

325.    Complaint ¶ 325 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 325 requires a response, Defendants deny its allegations.

326.    Complaint ¶ 326 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 326 requires a response, Defendants deny its allegations.

327.    Complaint ¶ 327 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 327 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 327 does not require a response as to those claims.

328.    Complaint ¶ 328 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 328 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 328 does not require a response as to those claims.

### SECOND CLAIM FOR RELIEF

### Violation of the Religion Clauses: Religious Favoritism and Entanglement

329.    Responding to Complaint ¶ 329, Defendants incorporate by reference their responses to Complaint ¶¶ 1-293.

330.    Complaint ¶ 330 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 330 requires a response, it refers to a decision of the U.S. Supreme Court that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

331.    Complaint ¶ 331 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 331 requires a response, it refers to a decision of the U.S. Supreme Court that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

332.    Complaint ¶ 332 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 332 requires a response, Defendants deny its allegations. Because the Court dismissed

Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 332 does not require a response as to those claims.

333.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 333 does not require a response.

334.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 334 does not require a response.

335.    Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 335 does not require a response.

336.    Complaint ¶ 336 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 336 requires a response, it refers provisions of Virginia law that speak for themselves, and Defendants deny the allegations insofar as they are inconsistent with those sources.

337.    Complaint ¶ 337 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 337 requires a response, Defendants deny its allegations.

338.    Complaint ¶ 338 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 338 requires a response, Defendants deny its allegations.

339.    Complaint ¶ 339 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 339 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 339 does not require a response as to those claims.

340.    Complaint ¶ 340 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 340 requires a response, it refers to a decision of the U.S. Supreme Court that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

341.    Complaint ¶ 341 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 341 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 341 does not require a response as to those claims.

342.    Complaint ¶ 342 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 342 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 342 does not require a response as to those claims.

### THIRD CLAIM FOR RELIEF

### Violation of the Equal Protection Clause

343.    Responding to Complaint ¶ 343, Defendants incorporate by reference their responses to Complaint ¶¶ 1-293.

344.    Complaint ¶ 344 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 344 requires a response, it refers to a decision of the U.S. Supreme Court that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

345.    Complaint ¶ 345 legal conclusions that do not require a response. Insofar as Complaint ¶ 345 requires a response, it refers to a decision of the U.S. Supreme Court that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

346.    Complaint ¶ 346 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 346 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 346 does not require a response as to those claims.

347.    Complaint ¶ 347 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 347 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 347 does not require a response as to those claims.

348.    Complaint ¶ 348 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 348 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 348 does not require a response as to those claims.

349.    Complaint ¶ 349 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 349 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 349 does not require a response as to those claims.

350.    Complaint ¶ 350 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 350 requires a response, it refers to the jurisprudence of the Fourteenth Amendment to the U.S. Constitution that speaks for itself, and Defendants deny the allegations insofar as they are inconsistent with that source.

351.    Complaint ¶ 351 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 351 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 351 does not require a response as to those claims.

352.    Complaint ¶ 352 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 352 requires a response, it refers to the jurisprudence of the Fourteenth Amendment to the U.S. Constitution that speaks for itself, and Defendants deny the allegations insofar as they

are inconsistent with that source. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 352 does not require a response as to those claims.

353.    Complaint ¶ 353 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 353 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 353 does not require a response as to those claims.

354.    Complaint ¶ 354 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 354 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 354 does not require a response as to those claims.

355.    Complaint ¶ 355 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 355 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 355 does not require a response as to those claims.

356.    Complaint ¶ 356 asserts legal conclusions that do not require a response. Insofar as Complaint ¶ 356 requires a response, Defendants deny its allegations. Because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, Complaint ¶ 356 does not require a response as to those claims.

## **PRAYER FOR RELIEF**

357.    Defendants deny that Stevens is entitled to any of the relief requested in ¶¶ (A)-(G) of the Prayer for Relief on page 38 of the Complaint or otherwise. Because the Court dismissed

Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, the Prayer for Relief does not require a response as to those claims.

358.    Consistent with the other responses in their Answer and Defenses, Defendants deny the Complaint's allegations not specifically admitted in the foregoing paragraphs. And because the Court dismissed Johnson's and Thomas's claims against Fleming and Jumper, ECF Nos. 31 & 32, nothing in the Complaint requires a response as to those claims.

359.    Defendants reserve the right to amend the responses in their Answer, including on the basis of any information or material that may be discovered or otherwise become apparent in the course of this litigation including discovery and at trial.

## DEFENSES

In defense against Stevens's Complaint, Defendants further state:

1.    Stevens fails to state a claim upon which relief can be granted.

2.    Defendants have not violated, and are not violating, any of Stevens's rights under the Free Exercise Clause of the U.S. Constitution's First Amendment.

3.    Defendants have not violated, and are not violating, any of Stevens's rights under the Establishment Clause of the U.S. Constitution's First Amendment.

4.    Defendants have not violated, and are not violating, any of Stevens's rights under the Equal Protection Clause of the U.S. Constitution's Fourteenth Amendment.

5.    Stevens's claims are foreclosed by binding U.S. Supreme Court precedent in *Locke v. Davey*, 540 U.S. 712 (2004).

6.    Stevens's claims depend, in part, upon his misconstruction of Virginia law.

7.    Stevens is not entitled to any of the relief that he seeks in this case.

8.      Defendants reserve the right to amend their Defenses, including on the basis of any information or material that may be discovered or otherwise become apparent in the course of this litigation including discovery and at trial.

WHEREFORE, Defendants Major General James W. Ring, in his official capacity as the Adjutant General of Virginia, and Donald L. Unmussig, in his official capacity as the Chief Financial Officer of the Virginia Department of Military Affairs, respectfully request that the Court award judgment in their favor and against Plaintiff Trace Stevens, dismiss Stevens's Verified Complaint, and award Defendants such other relief as may be just and proper.

Respectfully submitted,

MAJOR GENERAL JAMES W. RING, in his official capacity as the Adjutant General of Virginia, and DONALD L. UNMUSSIG, in his official capacity as the Chief Financial Officer of the Virginia Department of Military Affairs

Jay Jones
 *Attorney General*

Gretchen E. Nygaard
 *Deputy Attorney General*

Jacqueline C. Hedblom
 *Senior Assistant Attorney General/*
 *Trial Section Chief*

Calvin C. Brown
 *Senior Assistant Attorney General/*
 *General Civil Unit Manager*

By:  /s/ Robert S. Claiborne, Jr.
Robert S. Claiborne, Jr. (VSB No. 86332)*
Christopher P. Bernhardt (VSB No. 80113)*
 *Assistant Attorneys General*
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone (RSC): (804) 482-2275
Telephone (CPB): (804) 371-0977
Facsimile: (804) 371-2087
rclaibornejr@oag.state.va.us
cbernhardt@oag.state.va.us

*\* Counsel of Record for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2026, I filed the foregoing using the Court's

CM/ECF filing system, which sends an electronic notification of the same to counsel of record.

By: _/s/ Robert S. Claiborne, Jr._

Robert S. Claiborne, Jr. (VSB No. 86332)*

*Assistant Attorney General*

*\* Counsel of Record for Defendants*