IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAMERON JOHNSON, *et al.*,         )
        Plaintiffs,         )
                     )
      v.         )      Civil Action No. 3:25CV407 (RCY)
                     )
A. SCOTT FLEMING, *et al.*,         )
        Defendants.         )
                     )

**MEMORANDUM ORDER**

This matter is before the Court on Plaintiffs' Consent Motion to Stay Proceedings Pending Resolution of Plaintiffs' Appeal ("Motion to Stay," ECF No. 36) and Plaintiffs' Motion for Injunction Pending Appeal (ECF No. 37). The Court will first address the Motion for Injunction Pending Appeal.

In their Motion for Injunction Pending Appeal, Plaintiffs seek court orders prohibiting Defendants Fleming and Jumper from denying Virginia Tuition Assistance Grant awards to Plaintiffs Johnson and Thomas because of their majors (Pastoral Leadership and Music and Worship, respectively) while their appeal of this Court's rulings on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss remains pending.[1] Mot. Inj. Pending Appeal 1–2. Similarly, Plaintiffs request that the Court order Defendants Ring and Unmussig to allow Plaintiff Stevens to receive National Guard Grants for all future semesters while Plaintiffs' appeal remains pending and prohibit the Virginia Department of Military Affairs from denying such grants to Plaintiff Stevens because he is in a Master of Divinity program. *Id.* at 2. The relief Plaintiffs request in this Motion mirrors the relief sought in their Motion for Preliminary

---

[1] The Court has dismissed Plaintiffs Johnson and Thomas as well as Defendants Fleming and Jumper from this action following dismissal of the claims implicating these parties. Mem. Op. 20, ECF No. 31; Order, ECF No. 32.

Injunction, which the Court denied via Memorandum Opinion and Order on March 31, 2026. *See* ECF Nos. 22; 31–32. The only factual difference between the instant Motion for Injunction Pending Appeal and the originally filed Motion for Preliminary Injunction is that time has elapsed such that Plaintiffs are anticipating beginning new semesters of their schooling. Mot. Inj. Pending Appeal 2. Plaintiffs have not identified any meaningful changes in the applicable legal landscape in the last three weeks and acknowledge that the standard for an injunction pending appeal is the same as the familiar preliminary injunction standard just recently applied. Br. Supp. Mot. Inj. Pending Appeal 3; *Doe by Doe v. S. Carolina*, 2025 WL 2375386, at *8 (4th Cir. Aug. 15, 2025) (citing *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008)). Because their Motion for Injunction Pending Appeal essentially invites the Court to reconsider its recent ruling in the absence of materially different factual circumstances or new law, that Motion (ECF No. 37) is DENIED.

Separately, in their Motion to Stay, Plaintiffs request a stay of all district court deadlines and proceedings in light of the Court's recently issued Order and accompanying Memorandum Opinion, which Plaintiffs promptly appealed. Mot. to Stay 1–2. Defendants Ring and Unmussig consent to a stay of district court proceedings pending appeal. *Id.* at 2.

"It is well established that a district court has broad discretion to control the disposition of cases on its docket . . . [and t]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket[.]" *Hickey v. Baxter*, No. 87–2028, 1987 WL 39020, at *1 (4th Cir. Nov. 19, 1987). In deciding whether to grant a motion to stay, "courts consider three factors: (1) judicial economy, (2) hardship and equity to the moving party if the action is not stayed, and (3) potential prejudice to the non-moving party." *Brown v. Energy Servs. Grp. Int'l, Inc.*, 2022 WL 2161034, at *4 (E.D. Va. June 14, 2022) (citations

omitted).  Here, both the second and third factors favor a stay of relevant proceedings given that Defendants consent to Plaintiffs' request.  With respect to the first factor, awaiting confirmation and/or guidance from the Fourth Circuit before expending additional time and resources adjudicating the merits of this case benefits all involved, the Court included.  Accordingly, Plaintiffs' Motion to Stay (ECF No. 36) is hereby GRANTED until resolution of Plaintiffs' interlocutory appeal.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____/s/_____
Roderick C. Young
United States District Judge

Date: April 21, 2026
Richmond, Virginia